THOMAS N. BAYLES, Appellant, v. OVERTON ELECTRIC COMPANY, Respondent.— Judgment of the County Court of Suffolk county affirmed, with costs, upon the ground that there was a full accord and satisfaction by deducting the entire purchase price of the four poles and remitting the balance due by check that showed on its face that it was in full payment. In such case it was not error to reject evidence that the defendant had used the poles. If defendant has not accepted the poles and has deducted the price for them, and if the defendant has used them or has or should convert them to its own use, it may be liable in another action, but not in this. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

F. BELL-FENWICK, Appellant, v. CYPRESS HILLS CEMETERY and WILLIAM MILES, Respondents.— Order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

HARRY L. BRADLEY and Others, Respondents, v. DEGNON CONTRACTING COMPANY and Another, Appellants.— Judgment affirmed on argument, with costs. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

BRIDGETT T. CUNNINGHAM and RODGER CUNNINGHAM, Appellants, v. WILLIAM G. MULLIGAN and Another, Respondents.— Judgment reversed and new trial granted, costs to abide the event. The record shows an admission by the defendants that both of them received the money of the plaintiffs. It is undisputed that they received it for the purpose of investment on mortgage security. There is evidence tending to show that they did not invest it but appropriated it to their own use, using dummies and devices to cover up the misappropriation. The complaint is sufficient. No plea of tender to restore the fictitious securities was necessary. The case should have been submitted to the jury. (See *King* v. *Mackellar*, 109 N. Y. 215.) Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

BERNARD DIMAK, an Infant, by ABRAHAM DIMAK, His Guardian ad Litem, Respondent, v. BORDEN'S CONDENSED MILK COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ.

ABRAHAM DIMAK, Respondent, v. BORDEN'S CONDENSED MILK COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ.

ARMIN GEORGI, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict is contrary to the weight of the evidence. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.